Mihigo v Mihigo (2024 NY Slip Op 01398)

Mihigo v Mihigo

2024 NY Slip Op 01398

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, AND KEANE, JJ.

68 CA 23-00006

[*1]CHARLOTTE MIHIGO, PLAINTIFF-RESPONDENT,
v
CYPRIEN C. MIHIGO, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

ALDERMAN AND ALDERMAN, PLLC, SYRACUSE (RICHARD B. ALDERMAN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
D.J. & J.A. CIRANDO, PLLC, SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an amended order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered December 12, 2022, in a divorce action. The amended order, inter alia, directed defendant to pay maintenance to plaintiff. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy , 140 AD2d 988, 988 [4th Dept 1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts , 63 AD2d 566, 567 [1st Dept 1978]; see also CPLR 5501 [a] [1]).
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court